THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02186-WYD-MEH

POW NEVADA, LLC,

  Plaintiff,

 v.

JOHN DOES 1-11, 13-15, 17, 19-20,

  Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4,
JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10,
JOHN DOE 11, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 17,
JOHN DOE 19, AND JOHN DOE 20
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 1, Defendant John Doe 2, Defendant John Doe 3, Defendant John Doe 4, Defendant John Doe 6, Defendant John Doe 7, Defendant John Doe 8, Defendant John Doe 9, Defendant John Doe 10, Defendant John Doe 11, Defendant John Doe 13, Defendant John Doe 14, Defendant John Doe 15, Defendant John Doe 17, Defendant John Doe 19, or Defendant John Doe 20, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 10, John Doe 11, John Doe 13, John Doe 14, John Doe 15, John Doe 17, John Doe 19, and John Doe 20, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, without

prejudice.

        DATED this 9th day of January, 2018.

        Respectfully submitted,

        /s/ *David J. Stephenson, Jr.*
        David J. Stephenson, Jr.
        5310 Ward Rd., Suite G-07
        Arvada, CO 80002
        Telephone: (303) 726-2259
        Facsimile: (303) 362-5679
        E-Mail:  david.thunderlaw@gmail.com
        Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on January 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By: /s/ *David J. Stephenson, Jr.*