IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    17-cv-02186-WYD-MEH

POW NEVADA, LLC,

    Plaintiff,

v.

JOHN DOES 1-11, 13-15, 17, 19-20,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 10, John Doe 11, John Doe 13, John Doe 14, John Doe 15, John Doe 17, John Doe 19, and John Doe 20 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 24), filed on January 9, 2017, it is hereby

ORDERED that Defendant John Doe 1, Defendant John Doe 2, Defendant John Doe 3, Defendant John Doe 4, Defendant John Doe 6, Defendant John Doe 7, Defendant John Doe 8, Defendant John Doe 9, Defendant John Doe 10, Defendant John Doe 11, Defendant John Doe 13, Defendant John Doe 14, Defendant John Doe 15, Defendant John Doe 17, Defendant John Doe 19, or Defendant John Doe 20 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated: January 10, 2018.

BY THE COURT:

*s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE